**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION**

| | |
|---|---|
| PATRICIA McATEE, as Administrator of the Estate of Kyle Andrew Wasson, Deceased, | |
| Plaintiff, | No. 3:05cv0104-JAJ |
| vs. | |
| JAMES LEE WARKENTIN, | **VERDICT FORM** |
| Defendant. | |

1. Did James Warkentin have an objectively reasonable belief that Kyle Wasson's actions posed a threat of imminent, serious physical harm to himself or others at the time he shot Kyle Wasson?

    **X** Yes  \_\_\_\_\_ No

*(If your answer is "yes", do not answer any other question. Sign the verdict form and inform the Court Security Officer. If your answer is "no", continue to the next questions.)*

2. Was Kyle Wasson inside or outside of James Warkentin's patrol car at the time he was shot?

    \_\_\_\_\_ Inside  \_\_\_\_\_ Outside

3. We, the jury, award the following compensatory damages:
    Pre-death pain and suffering                            $ _____
    Present value of loss to Kyle Wasson's Estate  $ _____
    Interest on premature burial expenses             $ _____

    4.     Do you find that James Warkentin's actions constituted a willful and wanton disregard for the rights of Kyle Wasson?

         \_\_\_\_\_ Yes             \_\_\_\_\_ No

*(If your answer is "yes", answer Question No. 5. If your answer is "no", sign the verdict form and inform the Court Security Officer.)*

    5.     We, the jury, award punitive damages in the following amount: $_____ .

Date: \_\_\_\_4/3/08\_\_\_\_